```
               IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF ARIZONA

In re:                           )  CHAPTER 7
                                 )
Lazaro, Valerio C.               )  Case No. 09-17083-GBN
Lazaro, Floringa V.              )
                                 )  NOTICE OF INTERNET AUCTION
                                 )  SALE OF ESTATE'S INTEREST
                                 )  IN 2 TIMESHARES
                    Debtor(s)    )
_____
```

   *DIANE M. MANN,* the Trustee in the above-named case, has filed an application with the Court for Approval of an Internet Auctioneer BKAssets.com, LLC (BKAssets) for the Sale of the Estate's Interest in A TIMESHARE.

   **NOTICE IS HEREBY GIVEN** that any party objecting to the sale of this TIMESHARE interest must file a written objection with the Clerk, of the United States Bankruptcy Court no later than **Twenty-one days from the mailing date of this notice.** The Clerk's address is 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1727. A copy of the objection shall be mailed to: *DIANE M. MANN, 29834 CAVE CREEK RD., #118-274, CAVE CREEK, AZ* and BKAssets.com LLC at 216 N. Center St. Mesa, AZ 85201.

**Description of assets to be sold:**

   **ESTATE'S INTEREST IN TWO TIMESHARES:**
**(1) A Timeshare at Marriott Cypress Harbour in Orlando, FL. 2 bedroom/2 bath, fixed week 14B and unit #5035 annually, special season. 2010 fees are approximately $919.76 and past due fees are 1,545.30, fees to transfer are $1,350.00. (2) A Timeshare at Shawnee Village Ridge Top in East Stroudsburg, PA. 2 bedroom/2 bath, fixed week 14 and unit #T1178 annually. 2010 fees are approximately $470.00 and past due fees are 499.40, no fees to transfer.**

**Value:** The debtor indicates the value of the property to be *unknown*. The property has not been appraised.

**Internet Venue: http://www.bkassets.com** & the Internet Venue chosen by

BKAssets.com.

**Internet Auctioneer's Compensation**: BKAssets, upon Court approval shall receive compensation based on the final sales price of the property. Such compensation shall be equal to 10% of the final sales price received by the Trustee.

**Internet Auctioneer's Expenses:** The Internet auctioneer may have expenses in relationship to the sale, these are estimated as follows: not to exceed $250 for costs to obtain copies of original deeds, limited title reports, release of note and deed of trust and any other documents necessary to complete sale, listing fee, final value fee and shipping costs.

**Notice Period & Viewing:** The notice period shall run up to the bar date contained on this notice herein plus 5 (five) additional business days. During this time, the asset and any available due diligence information will be able to be viewed on www.bkassets.com.

**Sale Period:** The actual auction sales will be run on the Internet venue chosen by BKAssets. The sale period will be 7 days. Links will be provided at www.bkassets.com and the Internet Auction Venue in order for bidders to participate in the Internet bidding process.

**Reserve or Minimum Price**: The Trustee, using her business judgment, has set a minimum price before the auction can close of (1) $1,295.00 & (2) $795.00, reserving the right to rerun the auction with a lower minimum if the item does not sell initially.

**Closing Procedure**: The highest final bid received (assuming the minimum price is met) at the closing of the bidding on the Internet Auction Venue will be considered the final bid accepted by BKAssets. BKAssets will proceed to close the sale with the final bidder. The highest bidder will be required to send BKAssets certified funds. Within 21 days of receiving the funds, BKAssets will provide the highest bidder with TRUSTEE'S DEED. After closing the sale, BKAssets will provide a report of sale to the Trustee indicating the results of the sale. This report will be filed with the Court by the Trustee.

   If the highest bidder for some reason does not close the sale, BKAssets reserves the right to proceed to the next highest bid received and close with that bidder. The report filed by BKAssets would reflect such an event.

**Terms & Conditions**: The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee (see liens and encumbrances for known amounts). Buyer to pay all costs associated with transfer of property.

**Liens & Encumbrances**: Past due fees are (1) $1,545.30 & (2) $499.40.

**Debtor(s) Exemptions**: None known by trustee at this time.

**Due Diligence Information:** The property to be sold is the Estate's interest in a TIMESHARE. The Trustee has made available all due diligence information that has been received relating to the subject properties on **www.bkassets.com** and that information is available to all potential purchasers to view and/or download. *Buyers are encouraged to do their own due diligence prior to bidding.*

**Disclosures**: BKAssets will disclose to all potential bidders on www.bkassets.com and the Internet Auction Venue that these sales are subject to a Bankruptcy Court Proceeding. The case number and case name will be provided as well as BKAssets' name, address, phone and fax number information. All sales will be subject to the terms and conditions set forth in this application as directed by the Trustee.

**Information regarding Internet Auctioneer & Internet Venue Provider:**
　　The BKAssets website specializes in the sale of bankruptcy estate assets. The www.bkassets.com site provides an automated auction venue operated by computer under the Trustee's direction. It is like a traditional auctioneer in the sense that BKAssets obtains any information available regarding the asset, answering inquiries received via the Internet, telephone and fax regarding the asset, monitoring the sale on the Internet Auction Venue and closing the sale which entails obtaining certified funds from the buyer and providing title (and/or goods) as outlined in the sale application to the eventual buyer.

　　BKAssets uses an Internet auction venue to obtain the bids from the public. The Internet Auction Venue does not handle any funds of the estate and/or assets. The Internet Auction Venue charges an advertising fee to BKAssets for the listing of the bankruptcy property. This advertising fee is an expense to be reimbursed to BKAssets along with its 10% commission based upon the highest Internet bid received by the Trustee. BKAssets will collect a document preparation fee and shipping costs from the buyer to offset the potential expenses paid by the estate to BKAssets.

　　To participate in the auction, a party should first go to the www.bkassets.com website to view the asset being held pending a sale date (waiting for the bar date notice contained herein to expire plus five (5) business days). Once the bar date notice has expired plus five (5) business days, the sale will commence on the Internet Auction Venue. Potential purchasers may obtain the location of the Internet online bidding link through www.bkassets.com. The sale information will also be available on the Internet Auction Venue in the applicable

categories. It is strongly suggested that potential bidders would find the sale easier using the BKAssets website.

It is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this property, which is typically a very difficult asset for the Trustee to liquidate.

| | |
|---|---|
| _____ <br> Date | /s/ *DIANE M. MANN* <br> Chapter 7 Trustee <br> 29834 Cave Creek Rd., #118-274 <br> Cave Creek, AZ 85331 <br> 480.451.3053 |

**TO BE NOTICED BY THE BANKRUPTCY NOTICING CENTER**