UST-32, 3-03
DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| LAZARO, VALERIO CUNDANGAN | ) | CASE NO. 09-17083-PHX-GBN |
| LAZARO, FLORINDA VILLANUEVA | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and was returned to the Trustee by the US Postal Service marked "return to sender-unable to forward".

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 111 | 10/07/10 | Dr. Kelner Lafkowitz<br>c/o: AAAction Collection<br>66 W Mt. Pleasant Ave<br>Livingston NJ 07039 | $36.16 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $36.16 to the Clerk of Court to be deposited in the Registry thereof.

| October 7, 2010 | /s/ |
|---|---|
| DATE | DIANE M. MANN, Trustee |